Barry Bulmer and Frances Ann Robinson, Appellants, v. Mary G. Weltus *et al., Appellees.*

### Division B.

Appeal from Circuit Court, Monroe county; Joseph B. Wall, Judge.

48 Fla.—21

Jefferson B. Browne for appellants.

W. Hunt Harris for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*